UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002**

In Re:

    Brian C. Allen**,**

              Debtor(s).'

Case No. 22-10913    ABA

Judge:    Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1.    Debtor's case be and is hereby allowed to continue at $7,468.00 total receipts applied to plan, then $1,095.00 for the remaining forty-four (44) months commencing July 1, 2023, for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on January 26, 2023 remain in effect.

 /s/   *Andrew B. Finberg, Esquire*
Andrew B. Finberg, Esquire,
Attorney for Debtor

 /s/   *Isabel C. Balboa*
Isabel C. Balboa,
Chapter 13 Standing Trustee

Dated:    06/26/2023

Dated:    06/27/2023