UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that _____ will be substituted as attorney of record for _____, _____ in this case. [1]

Date: _____     _____
Signature of Former Attorney

Date: _____     _____
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

| | | | Lead BK case | Filed | Role | Closed |
|---|---|---|---|---|---|---|
| Gray, Joni L. (aty) (47 cases) | 18-18190-JNP | Charles R. Myers, Jr. | 7 | 04/24/18 | N / A | N / A |
| | 18-25712-ABA | Michelle D. Wartenberg | 13 | 08/06/18 | N / A | N / A |
| | 18-28797-ABA | Joseph M. Pellegrino | 13 | 09/21/18 | N / A | N / A |
| | 18-32859-ABA | Joseph A. McAllister | 13 | 11/19/18 | N / A | N / A |
| | 18-34670-JNP | Heather S. Crotta | 13 | 12/17/18 | N / A | N / A |
| | 19-20783-JNP | Donna M. Miller | 13 | 05/29/19 | N / A | N / A |
| | 19-24074-JNP | Vincent J Vukovich | 13 | 07/19/19 | N / A | N / A |
| | 19-33470-ABA | Antonio L. Sala | 13 | 12/18/19 | N / A | N / A |
| | 20-16827-JNP | Anthony E. Rizzo | 13 | 05/26/20 | N / A | N / A |
| | 20-19569-JNP | Elma N. Dagit | 13 | 08/13/20 | N / A | N / A |
| | 20-20493-CMG | Joseph T Wright, Jr | 13 | 09/11/20 | N / A | N / A |
| | 20-20844-ABA | Erik M Pabon | 13 | 09/22/20 | N / A | N / A |
| | 20-23247-ABA | Cosmo Joseph Carbone | 13 | 12/03/20 | N / A | N / A |
| | 20-23862-MBK | Marla Louise Burns | 13 | 12/23/20 | N / A | N / A |
| | 21-11344-ABA | Thomas Michael Overton and Rosanne Elizabeth Overton | 13 | 02/19/21 | N / A | N / A |
| | 21-11347-ABA | Dominic Michael Glikas | 13 | 02/19/21 | N / A | N / A |
| | 21-16259-ABA | Lisa Ann Lucas | 13 | 08/03/21 | N / A | N / A |
| | 21-17955-MBK | Stanley Tanski and Ariana M Fennimore-Tanski | 13 | 10/12/21 | N / A | N / A |
| | 21-17997-JNP | Nicholas Consolo and Kristen Maria Consolo | 13 | 10/13/21 | N / A | N / A |
| | 21-18106-ABA | David Joseph Ristick | 13 | 10/18/21 | N / A | N / A |
| | 21-18695-JNP | Nitonya Story | 13 | 11/09/21 | N / A | N / A |
| | 21-19635-ABA | Barbara Anne Holfelner | 13 | 12/15/21 | N / A | N / A |
| | 22-10442-ABA | Richard A Daniels | 13 | 01/19/22 | N / A | N / A |

| Case | | Filed | | |
|---|---|---|---|---|
| 22-10913-ABA | Brian Charles Allen | 13 | 02/03/22 | N / A   N / A |
| 22-11198-MBK | Rhonda Carol McKenzie | 13 | 02/15/22 | N / A   N / A |
| 22-11975-JNP | Chung Woo Lee | 13 | 03/13/22 | N / A   N / A |
| 22-12178-JNP | Ronald Dengel and Sheila Dengel | 13 | 03/18/22 | N / A   N / A |
| 22-15090-JNP | Mario Freddy Recinos, Jr. | 13 | 06/23/22 | N / A   N / A |
| 22-16955-ABA | Stephanie Elizabeth Marcano | 13 | 09/01/22 | N / A   N / A |
| 22-18944-ABA | Wayne Robert Scribner | 13 | 11/10/22 | N / A   N / A |
| 22-19217-JNP | Akemi A. Kuroda | 13 | 11/18/22 | N / A   N / A |
| 22-19524-CMG | Albert John Morrissey | 13 | 12/01/22 | N / A   N / A |
| 22-19526-JNP | Frank Leon Davis, Jr. | 13 | 12/01/22 | N / A   N / A |
| 22-19552-CMG | Leslie E Alicea | 7 | 12/01/22 | N / A   N / A |
| 22-19792-MBK | Cassandra Brutus | 13 | 12/12/22 | N / A   N / A |
| 23-10182-JNP | Donna Marie Tagliaferro | 13 | 01/09/23 | N / A   N / A |
| 23-10812-JNP | Mark George Czwartacki, Sr. | 13 | 01/31/23 | N / A   N / A |
| 23-10836-JNP | Nicolette A. Colanino | 13 | 02/01/23 | N / A   N / A |
| 23-11537-JNP | Latasha D Young | 13 | 02/27/23 | N / A   N / A |
| 23-12830-ABA | Catherine Bernadette Shull | 13 | 04/04/23 | N / A   N / A |
| 23-12837-ABA | Joseph Leonard Ross, Jr. | 13 | 04/05/23 | N / A   N / A |
| 23-13265-ABA | Michael Leigh Konecsny and Robert Vincent Konecsny, Jr. | 13 | 04/19/23 | N / A   N / A |
| 23-13618-ABA | Trena Lynn Jones | 13 | 04/27/23 | N / A   N / A |
| 23-13619-JNP | Colleen Michelle Leaf | 13 | 04/27/23 | N / A   N / A |
| 23-13659-JNP | Steven Michael Griffin and Christina Diane Griffin | 13 | 04/28/23 | N / A   N / A |
| 23-14191-CMG | Curits J Pullen, Sr. and Gwendolyn Pullen | 13 | 05/17/23 | N / A   N / A |
| 23-14289-JNP | Samantha Helen Hutchinson | 13 | 05/19/23 | N / A   N / A |