| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-10913 / ABA**

BRIAN C. ALLEN

Petition Filed Date: 02/03/2022
341 Hearing Date: 03/03/2022
Confirmation Date: 01/25/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/23/2023 | $992.00 | 9012786000 | 03/27/2023 | $992.00 | 9075845000 | 04/27/2023 | $992.00 | 9132840000 |
| 05/24/2023 | $992.00 | 9182482000 | 06/29/2023 | $992.00 | 9245451000 | 07/27/2023 | $1,095.00 | 9294200000 |
| 10/17/2023 | $1,097.00 | | 11/07/2023 | $1,097.00 | | 12/11/2023 | $1,097.00 | |

**Total Receipts for the Period:  $9,346.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $12,846.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRIAN C. ALLEN | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | FLAGSHIP CREDIT ACCEPTANCE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | FLAGSHIP CREDIT ACCEPTANCE, LLC | | $0.00 | $0.00 | $0.00 |
| 3 | SANTANDER CONSUMER USA, INC. | Unsecured Creditors | $11,154.32 | $0.00 | $11,154.32 |
| 4 | T MOBILE/T-MOBILE USA, INC. | Unsecured Creditors | $914.39 | $0.00 | $914.39 |
| 5 | MIDFIRST BANK | | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING, LLC | Unsecured Creditors | $313.94 | $0.00 | $313.94 |
| 7 | MIDFIRST BANK<br>»»  AMENDED 4/28/23 | Mortgage Arrears | $8,194.43 | $8,126.53 | $67.90 |
| 8 | RESURGENT/LVNV FUNDING | | $0.00 | $0.00 | $0.00 |
| 9 | U.S. TRUSTEE | | $0.00 | $0.00 | $0.00 |
| 10 | VERIZON BY AMERICAN INFOSOURCE | Unsecured Creditors | $1,773.45 | $0.00 | $1,773.45 |
| 11 | ANDREW B. FINBERG | | $0.00 | $0.00 | $0.00 |
| 12 | ISABEL C. BALBOA | | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW B. FINBERG, ESQUIRE | Attorney Fees | $2,563.00 | $2,563.00 | $0.00 |
| 13 | LVNV FUNDING, LLC | Unsecured Creditors | $1,282.45 | $0.00 | $1,282.45 |
| 14 | VERIZON BY AMERICAN INFOSOURCE | Unsecured Creditors | $751.27 | $0.00 | $751.27 |
| 15 | STATE OF NEW JERSEY<br>»»  AMENDED 1/18/2023 | Priority Creditors | $6,871.10 | $0.00 | $6,871.10 |
| 16 | DEPARTMENT OF THE TREASURY<br>»»  AMENDED 6/20/23 | Priority Creditors | $12,202.43 | $0.00 | $12,202.43 |
| 17 | DEPARTMENT OF THE TREASURY<br>»»  AMENDED 12/5/22 | Unsecured Creditors | $4,083.30 | $0.00 | $4,083.30 |

**Chapter 13 Case No. 22-10913 / ABA**

| | **SUMMARY** | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $12,846.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $10,689.53 | Current Monthly Payment: | $1,095.00 |
| Paid to Trustee: | $1,150.52 | Arrearages: | $2,287.00 |
| Funds on Hand: | $1,005.95 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

