**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Brian Charles Allen, Debtor(s)

Case No.: __22-10913 ABA__

Chapter: __13__

Hearing Date: __05/21/24 at 10:00 AM__

Judge: __Andrew B. Finberg__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Motion for Relief from Stay filed on or about 04/23/2024, as doc no. 55.

_____

Date: 05/14/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*