UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

BRIAN C. ALLEN

Debtor(s)

Case No.: 22-10913 / ABA

Judge: Andrew B. Altenburg, Jr.

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 7/2/2024, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 7/2/2024

/s/ Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| BRIAN C. ALLEN<br>39 JOBS LANE<br>WILLIAMSTOWN, NJ   08094 | Debtor(s) | Regular Mail |
| Andrew B. Finberg, Esq.<br>Law Offices of Andrew B. Finberg, Esq.<br>525 Route 73 South<br>Suite 200<br>Marlton,  NJ   08053 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |