Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−10913−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Charles Allen
   39 Jobs Lane
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−3872

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/16/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 16, 2024
JAN: as

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                        Case No. 22-10913-ABA
Brian Charles Allen                                                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                            User: admin                            Page 1 of 2
Date Rcvd: Jul 16, 2024                      Form ID: 148                     Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Charles Allen, 39 Jobs Lane, Williamstown, NJ 08094-1313 |
| 519500418 | + | Flagship Credit Acceptance, LLC, c/o Karen Nations, Esquire, 33 Bleeker, #210, Millburn, NJ 07041-1460 |
| 519500421 | + | MidFirst Bank, c/o KML Law Group PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jul 16 2024 20:36:04 | KML Law Group PC, 701 Market Street, Philadelphia, PA 19106-1538 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 16 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 16 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519738767 | + | EDI: IRS.COM | Jul 17 2024 00:29:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519500417 | + | Email/Text: bankruptcy@flagshipcredit.com | Jul 16 2024 20:38:00 | Flagship Credit Acceptance, PO Box 3807, Coppell, TX 75019-5877 |
| 519500419 | ^ | MEBN | Jul 16 2024 20:36:03 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519504204 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2024 20:49:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519545361 | + | EDI: AISMIDFIRST | Jul 17 2024 00:29:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519500420 | + | EDI: AISMIDFIRST | Jul 17 2024 00:29:00 | MidFirst Bank, 999 N.W. Grand Blvd., Oklahoma City, OK 73118-6051 |
| 519500422 | + | EDI: AISMIDFIRST | Jul 17 2024 00:29:00 | Midland Mortgage, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 519500423 | + | EDI: AISMIDFIRST | Jul 17 2024 00:29:00 | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 519500424 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2024 21:01:13 | Resurgent/LVNV Funding, P.O. Box 1269, Greenville, SC 29602-1269 |
| 519504514 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 16 2024 20:38:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519621831 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 16 2024 20:37:00 | State of New Jersey, Division of Taxation, PO BOX 245, Trenton, NJ 08695 |

| Case 22-10913-ABA | Doc 60 | Filed 07/18/24 | Entered 07/19/24 00:13:35 | Desc Imaged |
Certificate of Notice   Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 16, 2024 | Form ID: 148 | Total Noticed: 20 |

| 519515423 | + EDI: AIS.COM | Jul 17 2024 00:29:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519545501 | + EDI: AIS.COM | Jul 17 2024 00:29:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519500425 | + EDI: VERIZONCOMB.COM | Jul 17 2024 00:29:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 519623168 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519621830 | *+ | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 519623169 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew B. Finberg | on behalf of Debtor Brian Charles Allen andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5